# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Guy, Daniel A. | United States Tax Court | 08/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Special Trial Judge | ☐ Nomination ☐ Initial ✔ Annual ☐ Final  Date  ☐ Final<br>5b. ☐ Amended Report | 1/1/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

400 Second Street, N.W.
Washington, D.C.
20217

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guy, Daniel A. | 08/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Guy, Daniel A. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Ameritrade Joint Brokerage Acct. (H) | | | | | | | | | |
| 2. Ameritrade Money Market Account | A | Interest | J | T | | | | | |
| 3. American Tower (Common) | A | Dividend | | | Sold | 08/19/20 | K | B | |
| 4. Annaly Capital Mgmt. (Common) | B | Dividend | J | T | | | | | |
| 5. Apple (Common) | A | Dividend | J | T | Sold<br>(part) | 09/03/20 | J | B | |
| 6. Archer Daniels Midland (Common) | A | Dividend | K | T | Buy | 12/01/20 | K | | |
| 7. Berkshire Hathaway | | None | L | T | Buy<br>(add'l) | 05/05/20 | J | | |
| 8. Compass Holdings (Common) | A | Dividend | J | T | | | | | |
| 9. Ecolab (Common) | A | Dividend | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 10. | | | | | Sold | 08/19/20 | K | B | |
| 11. EOG Resources (Common) | A | Dividend | J | T | | | | | |
| 12. Cyber Security HACK (ETF) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 13. Ishares Biotech (ETF) | A | Dividend | K | T | | | | | |
| 14. Ishares Silver (ETF) | | None | J | T | | | | | |
| 15. Ishare Clean Energy (ETF) | A | Dividend | K | T | Buy | 02/12/20 | K | | |
| 16. Kinder Morgan (Common) | A | Dividend | J | T | | | | | |
| 17. Microsoft (Common) | A | Dividend | K | T | Buy<br>(add'l) | 02/26/20 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Guy, Daniel A.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Monmouth Real Estate (REIT) | A | Distribution | | | Sold | 12/22/20 | K | D | |
| 19.  Pepsi Co (Common) | A | Dividend | J | T | Buy | 03/30/20 | J | | |
| 20.  S&P Energy--XLE (ETF) | A | Dividend | J | T | | | | | |
| 21.  S&P Health--XLV (ETF) | A | Dividend | K | T | | | | | |
| 22.  SPDR Gold--GLD (ETF) | | None | K | T | | | | | |
| 23.  Third Point Reinsurance (Common) | | None | | | Sold | 08/13/20 | J | A | |
| 24.  Vanguard Short Corp Bond (ETF) | C | Interest | | | Sold | 03/11/20 | L | | |
| 25.  Vanguard Inflation Protect (ETF) | B | Interest | M | T | Buy | 05/27/20 | M | | |
| 26.  Vanguard Short Term Treasury (ETF) | B | Interest | M | T | Buy | 04/14/20 | M | | |
| 27.  Vodaphone (Common) | A | Dividend | J | T | | | | | |
| 28.  Weyerhouser (Common) | A | Dividend | K | T | | | | | |
| 29.  Burlington Northern (Corp Bond) | A | Interest | K | T | | | | | |
| 30.  Citibank (Cert of Deposit) | A | Interest | L | T | | | | | |
| 31.  General Electric (Corp Bond) | A | Interest | K | T | | | | | |
| 32.  Goldman Sachs (Corp Bond) | A | Interest | K | T | | | | | |
| 33.  JP Morgan (Corp Bond) | A | Interest | J | T | | | | | |
| 34.  Marsh & McClellan (Corp Bond) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guy, Daniel A. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PNC Bank (Cert of Deposit) | B | Interest | | | Redeemed | 01/17/20 | L | B | |
| 36. RBS Citizens Bank (Cert of Deposit) | C | Interest | | | Redeemed | 01/03/20 | M | B | |
| 37. Sysco (Corp Bond) | A | Interest | K | T | | | | | |
| 38. Wells Fargo (Cert of Deposit) | C | Interest | | | Redeemed | 02/28/20 | L | B | |
| 39. Ally Bank Accounts (H) | | | | | | | | | |
| 40. Ally Bank Joint Money Market Account | A | Interest | J | T | | | | | |
| 41. Ally Bank Joint 2-Year CD | B | Interest | | | Matured | 07/12/20 | N | C | |
| 42. Ally No Penalty CD (Proceeds from 2-Year CD) | D | Interest | N | T | Open | 07/12/20 | N | | |
| 43. Ally Joint Savings Account | D | Interest | M | T | | | | | |
| 44. Schwab Inherited IRA Account: (H) | | | | | | | | | |
| 45. Money market account | A | Interest | K | T | Distributed (part) | 11/15/20 | K | | |
| 46. ETF--Emerging Markets (SCHE) | B | Dividend | | | Sold | 04/14/20 | K | A | |
| 47. ETF--Common Stocks (SCHB) | B | Dividend | L | T | Buy (add'l) | 03/23/20 | J | | |
| 48. ETF: Large Caps (SCHV) | A | Dividend | L | T | | | | | |
| 49. ETF--Bonds (EDV) | B | Interest | J | T | Sold (part) | 04/14/20 | K | D | |
| 50. | | | | | Sold (part) | 07/08/20 | J | D | |
| 51. ETF: Gadsen (GDMA) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Guy, Daniel A.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  ETF: US Stocks (QUAL) | A | Dividend | L | T | Buy (add'l) | 03/16/20 | J | | |
| 53.  ETF: Gold (SGOL) | A | Dividend | L | T | Buy (add'l) | 04/06/20 | K | | |
| 54.  ETF: REIT (SCHH) | A | Dividend | | | Sold | 04/06/20 | K | | |
| 55.  ETF: Ishares (MTUM) | A | Dividend | | | Sold | 03/06/20 | K | A | |
| 56.  ETF: Emer Mkts (FNDE) | B | Dividend | | | Sold | 04/14/20 | K | | |
| 57.  ETF: International (SCHF) | A | Dividend | K | T | | | | | |
| 58.  ETF: Treasuries (SCHP) | A | Interest | | | Sold | 05/29/20 | L | B | |
| 59.  ETF: Resources (GNR) | A | Dividend | | | Sold | 03/03/20 | K | | |
| 60.  ETF: International Quantitative (IMOM) | A | Dividend | K | T | Buy | 03/06/20 | J | | |
| 61.  ETF: US Quantitative (QMOM) | A | Dividend | K | T | Buy | 03/06/20 | J | | |
| 62.  ETF: Ishares Asia (AIA) | A | Dividend | K | T | Buy | 04/14/20 | K | | |
| 63.  ETF: Ishares Tech (IGV) | A | Dividend | L | T | Buy | 05/29/20 | K | | |
| 64.  ETF: Ishares Bonds (LQD) | A | Dividend | K | T | Buy | 04/14/20 | K | | |
| 65.  ETF: Ishare Silver (SLV) | | None | K | T | Buy | 04/14/20 | K | | |
| 66.  ETF: Pimco Treasureies (LTPZ) | A | Interest | L | T | Buy | 04/14/20 | L | | |
| 67.  ETF: Schwab Large Cap (SCHG) | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 68.  ETF: Vaneck Gold (GDX) | A | Dividend | K | T | Buy | 03/16/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guy, Daniel A. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. ETF: China (ASHR) | A | Dividend | K | T | Buy | 04/14/20 | K | | |
| 70. Charles Schwab Trust Account (H) | | | | | | | | | |
| 71. Charles Schwab Money Market/Cash | A | Interest | K | T | Distributed (part) | 01/21/20 | L | | |
| 72. Aflac Inc. (Bond due 2/15/22) | A | Interest | | | Redeemed | 01/10/20 | K | A | |
| 73. Bank of America (Bond due 1/22/24) | A | Interest | K | T | | | | | |
| 74. EMC Corp (Bond due 6/1/20) | A | Interest | | | Matured | 6/1/20 | K | | |
| 75. Florida Power (Bond due 8/15/21) | A | Interest | K | T | | | | | |
| 76. HCP Inc (Bond due 11/15/23) | A | Interest | K | T | | | | | |
| 77. U.S. Treasury Notes | A | Interest | | | Matured | 11/30/20 | L | | |
| 78. BNSF (Bond due 3/15/22) | A | Interest | K | T | | | | | |
| 79. Wells Fargo (Cert. of Deposit) | A | Interest | | | Matured | 02/18/20 | K | B | |
| 80. Morgan Stanley (Cert of Deposit) | A | Interest | K | T | | | | | |
| 81. JP Morgan Chase (Cert of Deposit) | A | Interest | | | Redeemed | 01/31/20 | L | B | |
| 82. Johnson & Johnson (Common) | B | Dividend | M | T | Buy (add'l) | 03/24/20 | K | | |
| 83. ETF: BAB | A | Interest | K | T | Buy | 12/07/20 | K | | |
| 84. ETF: CUT | A | Dividend | K | T | Buy | 08/14/20 | K | | |
| 85. Goldman Sachs (Common) | A | Dividend | | | Buy | 10/12/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Guy, Daniel A.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/07/20 | K | C | |
| 87. ETF: QQQ | A | Dividend | L | T | Sold (part) | 12/16/20 | K | D | |
| 88. ETF: IVV | A | Dividend | M | T | Buy (add'l) | 03/19/20 | K | | |
| 89. ETF: ICLN | A | Dividend | K | T | Buy | 08/14/20 | K | | |
| 90. ETF: GDX | | None | K | T | Buy (add'l) | 05/18/20 | J | | |
| 91. ETF: XLU | B | Dividend | L | T | | | | | |
| 92. ETF: XLF | A | Dividend | K | T | Buy | 06/08/20 | K | | |
| 93. ETF: XLE | B | Dividend | L | T | Buy (add'l) | 04/09/20 | J | | |
| 94. ETF: XLB | A | Dividend | K | T | | | | | |
| 95. ETF: XLK | A | Dividend | L | T | Sold (part) | 12/16/20 | K | E | |
| 96. ETF: GLD | | None | M | T | Buy (add'l) | 05/18/20 | J | | |
| 97. ETF: VWO | A | Dividend | K | T | | | | | |
| 98. ETF: VO | A | Dividend | L | T | | | | | |
| 99. ETF: VNQ | C | Dividend | L | T | | | | | |
| 100. ETF: VNQI | A | Dividend | K | T | Buy (add'l) | 01/27/20 | J | | |
| 101. ETF: VXUS | B | Dividend | L | T | | | | | |
| 102. ETF: VTI | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guy, Daniel A. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. ETF: XBI | A | Dividend | L | T | | | | | |
| 104. ETF: VMBS | A | Dividend | | | Sold | 03/16/20 | K | A | |
| 105. ETF: VCSH | B | Interest | | | Sold | 03/16/20 | K | | |
| 106. ETF: VGSH | A | Interest | K | T | Buy | 06/08/20 | K | | |
| 107. Charles Schwab Joint Brokerage Acct: Almanac (H) | | | | | | | | | |
| 108. PIMCO ETF: LTPZ | B | Interest | M | T | Buy (add'l) | 04/03/20 | L | | |
| 109. | | | | | Buy (add'l) | 04/07/20 | K | | |
| 110. | | | | | Buy (add'l) | 11/09/20 | K | | |
| 111. Select Sector ETF: GNR | A | Dividend | K | T | | | | | |
| 112. Ishares ETF: EEM | A | Dividend | | | Sold | 03/06/20 | K | | |
| 113. Schwab ETF: SCHE | A | Dividend | | | Sold | 04/07/20 | K | | |
| 114. Schwab ETF: SCHX | B | Dividend | L | T | Buy (add'l) | 01/13/20 | K | | |
| 115. | | | | | Sold (part) | 04/07/20 | J | B | |
| 116. Vanguard ETF: EDV | B | Dividend | L | T | Buy (add'l) | 01/13/20 | K | | |
| 117. | | | | | Sold (part) | 04/03/20 | K | D | |
| 118. ETFS ETF: SGOL | A | Dividend | M | T | Buy (add'l) | 01/13/20 | J | | |
| 119. | | | | | Buy (add'l) | 03/02/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Guy, Daniel A.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 121.  ETF: GDG | A | Dividend | | | Sold | 01/13/20 | K | A | |
| 122.  ETF: GDMA | A | Dividend | M | T | Buy (add'l) | 01/13/20 | K | | |
| 123. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 124.  ETF: IVAL | A | Dividend | | | Sold | 04/07/20 | J | | |
| 125.  ETF: PDBC | A | Dividend | | | Sold | 02/28/20 | K | | |
| 126.  ETF: SCHF | A | Dividend | K | T | Buy (add'l) | 06/15/20 | K | | |
| 127.  ETF: EMLC | A | Dividend | | | Sold | 03/02/20 | K | | |
| 128.  ETF: GDXJ | A | Dividend | | | Sold | 03/02/20 | K | | |
| 129.  ETF: VDE | A | Dividend | | | Sold | 03/02/20 | K | | |
| 130.  ETF: IMOM | A | Dividend | K | T | Buy | 04/07/20 | K | | |
| 131.  ETF: QMOM | A | Dividend | K | T | Buy | 06/15/20 | K | | |
| 132.  ETF: MLPA | A | Dividend | K | T | Buy | 04/03/20 | K | | |
| 133.  ETF: AIA | B | Dividend | L | T | Buy | 04/15/20 | K | | |
| 134.  ETF: SLV | | None | M | T | Buy | 04/03/20 | K | | |
| 135.  ETF: SCHB | A | Dividend | K | T | Buy | 06/15/20 | K | | |
| 136.  ETF: SCHG | A | Dividend | L | T | Buy | 04/07/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Guy, Daniel A.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  ETF: GDX | A | Dividend | K | T | Buy | 03/16/20 | K | | |
| 138.  Navy Federal Credit Union Money Market Acct. | A | Interest | | | Closed | 2/25/20 | J | | |
| 139.  Ameritrade IRA (H) | | | | | | | | | |
| 140.  Amazon (Common) | | None | | | Sold | 12/29/20 | K | C | |
| 141.  Ericson (Common) | A | Dividend | J | T | Buy | 2/11/20 | J | | |
| 142.  Ameritratde Money Market | A | Interest | L | T | | | | | |
| 143.  ING Variable Annuity (Growth Fund of America) | B | Dividend | K | T | | | | | |
| 144.  Mass Mutual Universal Life Policy | A | Dividend | K | T | | | | | |
| 145.  Mass Mutual Universal Life Policy | A | Dividend | K | T | | | | | |
| 146.  MFS Growth Fund (Inherited IRA) | B | Distribution | K | T | Redeemed (part) | 12/05/20 | J | B | |
| 147.  Kerisdale Partners Limited Partnership | B | Distribution | M | T | Buy (add'l) | 08/01/20 | L | | |
| 148.  Double Eagle Inc. (Promissory Note) | B | Interest | L | T | Open | 09/28/20 | L | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guy, Daniel A. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following is a response to the Committee on Financial Disclosure letter dated December 7, 2018:

The second paragraph of the letter states that "In Part VII, lines 73, 116-120, 122-124, 127, 129 and 130, you listed various assets which were not in your prior (2016 amended) report." In fact, I reported these same assets on lines 63-64, lines 122-123, 125, and lines 127-137 of my 2016 amended report. The difference is that in my original report for 2017, I dropped the practice of providing a generic description of each exchange traded fund (ETF) in Column A, Description of Assets, and instead reported the asset as an ETF, followed by the ticker symbol, e.g., "ETF: IVV". ETF: IVV, reported on line 116 of my 2017 original report was formerly reported on line 122 of my 2016 amended report as "iShares S&P Index".

As suggested in the third paragraph of the letter, I have reported "None" in Column B(2) for the income associated with the each of the assets in question.

The fourth paragraph of the letter states that "In Part VII, lines 40-44, 46, 47, 49, 50, 53-57, 59, 122, 123, 125, 127-137, and 186-188, in your prior (2016 amended) report you listed various assets, but you did not list these assets in your current (2017) report."

A. Lines 39-60, and 186-188 of my 2016 amended report identify assets owned ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in a brokerage account and college savings plans, respectively. Because the ▮▮▮▮▮▮▮▮▮▮▮▮▮ in 2017, as reported in the headers on lines 37 and 184-185 of my original 2017 report, I deleted those assets from the report. I now understand that I was expected to have reported the assets with a (Y) in Column A. As I no longer ▮▮▮▮▮▮▮▮▮▮ this specific issue will not reoccur in the future.

B. As for lines 122, 123, 125, and 127-137 reported in my 2016 amended report, these same assets are reported on lines 116-130 of my original 2017 report. The difference is (as explained above) that in my original report for 2017, I dropped the practice of providing a generic description of each exchange traded fund (ETF) in Column A, Description of Assets, and instead reported the asset as an ETF, followed by the ticker symbol, e.g., "ETF: IVV".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel A. Guy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544